UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal No.: 6:12-CR-3-GFVT-HAI |
| V. | ) ) ) | **ORDER** |
| KEVIN TODD ROGERS, | ) ) | |
| Defendant. | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition ("R&R") of United States Magistrate Judge Hanly A. Ingram [R. 33] filed herein on November 13, 2017. The Defendant, Kevin Todd Rogers, was charged with violating his supervised release in a Supervised Release Violation Report dated September 22, 2017.

The Defendant began his initial term of supervised release on March 25, 2016. [*Id*. at 1.] He first violated the terms of his supervised release in August 2017, when his urine tested positive for methamphetamine, but the Court did not revoke his supervised release at that time based on the recommendation from his probation officer. [*See id*.]

On September 22, 2017, USPO issued a second violation report charging the Defendant with two violations related to using methamphetamine after a positive sweat patch test. [*See id* at 2.]

Upon evaluation of the entire record, including the most recent Supervised Release Violation Report and accompanying documents and the sentencing materials from the underlying

judgments in this District, Magistrate Judge Ingram issued an R&R recommended revocation and incarceration for a period of three months. [*Id*. at 7.] Further, the Magistrate Judge recommended a term of supervised release of eighteen months under the terms previously imposed at R. 20, "the first three of which are to be spent in inpatient substance abuse treatment with a requirement that Defendant successfully complete the treatment." [R. 33 at 7.] The Defendant has not waived his right to allocution, but the time to object has passed.

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's recommended disposition are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Magistrate's Recommended Disposition [**R. 33**] as to Kevin Todd Rogers is **ADOPTED** as and for the Opinion of the Court;

2. Kevin Rogers is found to have violated the terms of his Supervised Release as set forth in the Petition filed by the United States Probation Office and the Recommended Disposition of the Magistrate Judge;

3. Mr. Rogers's Supervised Release is **REVOKED**;

4. Mr. Rogers is hereby sentenced to a term of incarceration of **three months**; and

2

5.  Mr. Rogers will be on supervised release under the terms previously imposed at R. 20, the first three of which are to be spent in inpatient substance abuse treatment. The Defendant shall successfully complete the treatment

This the 28th day of November, 2017.

Gregory F. Van Tatenhove
United States District Judge